UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. JANIS L. SAMMARTINO)

| UNITED STATES OF AMERICA, | CASE NO.: 21-cr-0013-JLS |
|---|---|
| Plaintiff, | Hon. Janis L. Sammartino |
| v. | **ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING** |
| JUAN MANUEL RODRIGUEZ, | |
| Defendant. | |

GOOD CAUSE APPEARING, the parties' Joint Motion to Continue the Motion Hearing/Trial Setting from April 16, 2021 to **May 7, 2021 at 1:30 p.m.** is hereby GRANTED.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: April 13, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge