UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| UNITED STATES OF AMERICA, | CASE NO.: 21-cr-00013-JLS |
|---|---|
| Plaintiff, | Hon. Janis L. Sammartino |
| v. | **ORDER GRANTING MOTION FOR ORDER TO PRODUCE RESULTS OF DRUG TESTS WHILE ON PRETRIAL RELEASE** |
| JUAN MANUEL RODRIGUEZ, | |
| Defendant. | |

**GOOD CAUSE APPEARING**, for the reasons stated in Mr. Rodriguez's motion, Pretrial Services is ordered to produce the results of Mr. Rodriguez's drug tests conducted by Pretrial Services while he was on pretrial release. The results are to be produced to Defense Counsel no later than July 1, 2021 so Counsel can properly respond to the Presentence Report.

**IT IS SO ORDERED.**

Dated: June 29, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge